1  BENJAMIN B. WAGNER
   United States Attorney
2  ELANA S. LANDAU
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:11-CR-291 |
| ) | |
| Plaintiff, ) | |
| ) | ORDER TO **UNSEAL** INDICTMENT |
| v. ) | |
| ) | |
| JAMES JEROME GAGE, ) | |
| ) | |
| Defendant. ) | |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned proceeding be and is hereby unsealed.

Date: Dec 20, 2011

Honorable Jennifer L. Thurston
United States Magistrate Judge

2

| | |
|---|---|
| 1 | BENJAMIN B. WAGNER<br>United States Attorney |
| 2 | ELANA S. LANDAU<br>Assistant U.S. Attorney |
| 3 | 2500 Tulare Street<br>Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case NO. 1:11-CR-291 |
| Plaintiff, | ) | |
| | ) | REQUEST TO **UNSEAL** INDICTMENT |
| v. | ) | |
| JAMES JEROME GAGE, | ) | |
| Defendant. | ) | |

The arrest warrant in the above-captioned proceeding was executed on December 20, 2011. As a result, there is no need for the indictment to remain under seal. Accordingly, the United States asks that the Court order that the indictment be unsealed.

BENJAMIN B. WAGNER
United States Attorney

Date: December 20, 2011     /s/ Elana S. Landau
                            By: Elana S. Landau
                            Assistant United States Attorney

1