1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   RACHEL W. HILL, Bar #151522
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   JAMES JEROME GAGE

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,        )    No. 1:11-CR-00291 AWI-DLB
                                      )
12              Plaintiff,            )    STIPULATION TO CONTINUE STATUS
                                      )    CONFERENCE HEARING; ORDER
13         v.                         )
                                      )
14   JAMES JEROME GAGE,               )    Date :  April 23, 2012
                                      )    Time:  1:00 P.M.
15              Defendant.            )    Hon. Dennis L. Beck
     _____)

16

17        **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18   attorneys of record herein, that the status conference in the above-entitled matter scheduled for January 30,

19   2012, before The Honorable Anthony W. Ishii, **may be continued to April 23, 2012, at 1:00 P.M.,**

20   **before Magistrate Dennis L. Beck.**

21        This continuance is requested by defense counsel.  Additional discovery has been requested by

22   defense counsel.  Until such time as the additional information is obtained and assessed, and counsel has

23   had an opportunity to review any such information with defendant, no meaningful plea negotiations can be

24   had in these proceedings.  AUSA Elana Landau has no objection to this request.  The requested

25   continuance will conserve time and resources for both counsel and the court.

26   ///

27   ///

28   ///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B), and that the interest of justice outweighs the interests of the public and the defendant in a speedy trial

BENJAMIN B. WAGNER
United States Attorney

DATED: January 26, 2012          /s/ Elana Landau
                                 KIMBERLY SANCHEZ
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 DANIEL J. BRODERICK
                                 Federal Defender

DATED: January 26, 2012          /s/ Rachel W. Hill
                                 RACHEL W. HILL
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JAMES JEROME GAGE


**O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause and the Court finds the interest of justice outweighs the interests of the public and the defendant in a speedy trial.



IT IS SO ORDERED.

Dated:    January 26, 2012    

CHIEF UNITED STATES DISTRICT JUDGE